

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2017

No. 04-17-00431-CR

James Alexander **HAWKINS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8897
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on November 22, 2017. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court